David J. McGlothlin, Esq. (SBN 026059)
david@kazlg.com
Ryan L. McBride, Esq. (SBN 032001)
ryan@kazlg.com
**Kazerouni Law Group, APC**
2633 E. Indian School Road, Ste 460
Phoenix, AZ  85016
Phone: 800-400-6808
Fax: 800-520-5523

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Richard Winters, Jr., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHW Group, Inc. d/b/a Choice Home Warranty; Home Warranty Administrator of Arizona.<br><br>Defendants. | **Case No: 2:19-cv-05509-SPL**<br><br>**Notice of Settlement** |

  NOTICE IS HEREBY GIVEN that the dispute between Plaintiff Richard Winters, Jr. ("Plaintiff"), Defendant CHW Group, Inc. d/b/a Choice Home Warranty ("CHW") and Defendant Home Warranty Administrator of Arizona ("HWA") (or jointly as the "Parties") has been resolved.  The Parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against all Defendants with prejudice, and as to the putative class's claims without

1  prejudice, within 60 days. Plaintiff requests that all pending dates and filing
2  requirements be vacated.

Respectfully submitted,

**KAZEROUNI LAW GROUP**

Date: January 10, 2020                         By: */s/* Ryan L. McBride
                                                              Ryan L. McBride, Esq.
                                                              Attorney for Plaintiff