IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Winters, Jr., <br><br> Plaintiff, <br><br> vs. <br><br> CHW Group Incorporated, et al., <br><br> Defendants. | No. CV-19-05509-PHX-SPL <br><br> **ORDER** |

The Court has been advised that the parties have reached a settlement in this case (Doc. 13). Accordingly,

**IT IS ORDERED** that this case will be *dismissed with prejudice* by the Clerk of Court without further notice on **February 24, 2020** unless a stipulation to dismiss or request for reinstatement on the Court's trial calendar is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** that all pending motions are **denied as moot**.

Dated this 10th day of January, 2020.

*/s/ Steven P. Logan*
Honorable Steven P. Logan
United States District Judge